# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sacca, James R. | Bankruptcy Court, Northern District Georgia | 06/28/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge, Full time | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☑ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

1480 U.S. Courthouse
75 Ted Turner Drive
Atlanta, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 06/28/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 06/28/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Northwestern Mutual Whole Life Policy | D | Dividend | N | T | | | | | |
| 2. Northwestern Mutual Variable Life Policy | | | | | | | | | |
| 3. -MSA Select Bond | | None | K | T | | | | | |
| 4. -MSA Money Market | | None | J | T | | | | | |
| 5. -MSA Index 500 Stock | | None | L | T | | | | | |
| 6. -MSA Mid Cap Growth Stock | | None | K | T | | | | | |
| 7. -MSA High Yield Bond | | None | K | T | | | | | |
| 8. -MSA Growth Stock | | None | K | T | | | | | |
| 9. -MSA Small Cap Growth Stock | | None | K | T | | | | | |
| 10. -MSA Small Cap Value | | None | K | T | | | | | |
| 11. -MSA Index 400 Stock | | None | L | T | | | | | |
| 12. -MSA International Growth | | None | K | T | | | | | |
| 13. -MSA Domestic Equity | | None | K | T | | | | | |
| 14. -MSA International Equity | | None | J | T | | | | | |
| 15. -MSA Asset Allocation | | None | K | T | | | | | |
| 16. -Russell Real Estate Securities | | None | J | T | | | | | |
| 17. IRA #1 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | -American Century Diversified Bond Fund (ADFIX) | | None | | | Sold | 04/01/20 | J | A | |
| 19. | -American Funds Europacific Growth Fund (AEPFX) | | None | | | Sold | 04/01/20 | K | A | |
| 20. | -American Funds Fundamental Investors (FINFX) | A | Dividend | | | Sold | 03/19/20 | K | B | |
| 21. | -American Funds High Income TrustFund (AHIFX) | | None | | | Sold | 03/19/20 | J | A | |
| 22. | -Invesco International Growth Fund (AIIYX) | | None | | | Sold | 03/19/20 | K | B | |
| 23. | -American Tower Corp (AMT) | A | Dividend | K | T | Buy | 06/19/20 | J | | |
| 24. | -American Funds New Perspectives (ANWFX) | B | Distribution | K | T | Buy | 03/19/20 | K | | |
| 25. | -Ark Innovation Fund (ARKK) | A | Distribution | K | T | Buy | 06/19/20 | K | | |
| 26. | -Brown Capital Small Company Fund (BCSSX) | B | Distribution | K | T | Buy | 06/19/20 | K | | |
| 27. | -Vanguard Total Bond Fund (BND) | A | Dividend | K | T | Buy | 03/19/20 | K | | |
| 28. | -Morgan Stanley Insight Fund (CPODX) | C | Distribution | K | T | Buy | 06/19/20 | K | | |
| 29. | -Deleware Emerging Market Fund (DEMIX) | A | Distribution | K | T | Buy | 06/19/20 | K | | |
| 30. | -Dodge & Cox Income Fund (DODIX) | B | Distribution | K | T | Buy | 03/19/20 | K | | |
| 31. | -Ishares MSCI ETF Fund (EFA) | B | Dividend | K | T | Buy | 03/19/20 | K | | |
| 32. | -Eaton Vance Floating Rate Income Fund (EIFHX) | A | Dividend | J | T | Buy | 03/19/20 | J | | |
| 33. | -Fidelity Advisor Newinsights Fund (FINSX) | A | Distribution | | | Sold | 03/19/20 | K | C | |
| 34. | -Fidelity Advisor Small Cap Value Fund (FCVIX) | | None | | | Sold | 03/19/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -Ishares Core S&P 500 Fund (IVV) | B | Dividend | L | T | Buy | 03/19/20 | L | | |
| 36. -JP Morgan Opportunity Equity Fund (JOEQX) | A | Distribution | J | T | Buy | 03/19/20 | J | | |
| 37. -MFA Value Fund (MEIIX) | B | Dividend | K | T | Buy | 03/19/20 | K | | |
| 38. -MFS International Value Fund (MINIX) | | None | | | Sold | 03/19/20 | K | B | |
| 39. -PIMCO Real Return Fund (PRLPX) | A | Dividend | | | Sold | 03/19/20 | K | A | |
| 40. -PIMCO Commodities Plus Fund (PCLPX) | A | Dividend | J | T | Buy | 03/19/20 | K | | |
| 41. -Putnam Convertible Securities Fund (PCGYX) | C | Distribution | K | T | Buy | 03/19/20 | K | | |
| 42. Metropolitan West Total Return Bond Fund (MWTIX) | A | Dividend | | | Sold | 03/19/20 | L | C | |
| 43. -Vanguard Health Care EFT (VHT) | A | Dividend | | | Sold | 03/19/20 | J | A | |
| 44. -Select Sector SPDR Consumer Staples (XLP) | | None | | | Sold | 03/19/20 | K | A | |
| 45. -New World Fund (NFFFX) | A | Dividend | K | T | Buy (add'l) | 03/19/20 | J | | |
| 46. | | | | | Buy (add'l) | 06/19/20 | J | | |
| 47. -John Hancock Disc Mid Cap Fund (JVMIX) | A | Dividend | K | T | Buy (add'l) | 06/19/20 | J | | |
| 48. -First Eagle Overseas Fund (SGOIX) | A | Dividend | K | T | Buy | 03/19/20 | K | | |
| 49. -AB Global Bond Fund (ANAYX) | A | Dividend | | | Sold | 03/19/20 | K | A | |
| 50. -Fidelity Adv Biotech (FBTIX) | | None | | | Sold | 03/19/20 | J | A | |
| 51. -PIMCO Income Fund (PONPX) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  -PIMCO International Stock Fund (PSKIX) | | None | | | Sold | 03/19/20 | K | A | |
| 53.  -Gugg SP 500 Fund (RSP) | | None | | | Sold | 03/19/20 | K | A | |
| 54.  -Opp Dev Mark Fund (ODVYX) | | None | | | Sold | 03/19/20 | J | A | |
| 55.  -PIMCO Comm Real Ret (PCRPX) | A | Dividend | | | Sold | 03/19/20 | J | A | |
| 56.  -PIMCO Stocksplus (PTOPX) | A | Dividend | | | Sold | 03/19/20 | K | A | |
| 57.  -T Rowe Health Science (PRHSX) | B | Distribution | K | T | Buy<br>(add'l) | 06/19/20 | J | | |
| 58.  -T Rowe Blue Chip Fund | A | Distribution | K | T | Buy | 03/19/20 | K | | |
| 59. | | | | | Sold<br>(part) | 06/19/20 | K | B | |
| 60.  -Cohen & Steers Real Estate (CSDIX) | | None | | | Sold | 03/19/20 | J | A | |
| 61.  -Vanguard Energy Fund (VDE) | A | Dividend | J | T | Sold<br>(part) | 06/19/20 | J | A | |
| 62. | | | | | Buy | 03/19/20 | J | | |
| 63.  -Dreyfus Insured Deposit Program money market account | A | Interest | J | T | | | | | |
| 64.  Roth IRA | | | | | | | | | |
| 65.  -Pershing Money market | A | Int./Div. | J | T | | | | | |
| 66.  -Brown Cap Small Comm Fund (BCSSX) | A | Distribution | J | T | Buy | 01/03/20 | J | | |
| 67. | | | | | Buy<br>(add'l) | 04/06/20 | J | | |
| 68.  -Van Total Bond Fund (BND) | A | Dividend | K | T | Buy | 01/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 70. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 71. -Cohen Steers RE Secur Fund (CSDIX) | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 72. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 73. -Fidelity Adv Bond Fund (FEPIX) | A | Distribution | J | T | Buy | 01/03/20 | J | | |
| 74. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 75. -Gugg Macro Opp Fund (GIOIX) | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 76. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 77. -Ishares Gold Trust (IAU) | | None | J | T | Buy | 04/13/20 | J | | |
| 78. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 79. -Ishares Core SP Mid Cap (IJH) | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 80. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 81. -IShares Core Small Cap (IJR) | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 82. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 83. -Ishores Core S&P 500 (IVV) | A | Dividend | K | T | Buy | 01/03/20 | K | | |
| 84. | | | | | Buy (add'l) | 04/06/20 | K | | |
| 85. -New World Fund Class F-2 (NFFFX) | A | Dividend | J | T | Buy | 01/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 87. -PIMCO Comm Plus (PCLPX) | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 88. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 89. Parnassus Mid Cap Fund (PFPMX) | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 90. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 91. -PIMCO Income Fund (PONPX) | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 92. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 93. -Schwab Int Equity Fund (SCHF) | A | Dividend | K | T | Buy | 01/03/20 | J | | |
| 94. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 95. -SPDR SP 1500 Value Fund (VLU) | A | Dividend | J | T | Buy | 08/31/20 | J | | |
| 96. -Vanguard Short Teerm Inflation Fund (VTIP) | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 97. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 98. -Vanguard Emerg Mark Fund (VWO) | A | Dividend | J | T | Buy | 01/03/20 | J | | |
| 99. | | | | | Buy (add'l) | 04/06/20 | J | | |
| 100. -West Asset Core Bond Fund (WATFX) | A | Dividend | J | T | Buy | 08/31/20 | J | | |
| 101. Brokerage Account | | | | | | | | | |
| 102. -American Funds Europacific Growth Fund (AEPFX) | | None | | | Sold | 04/01/20 | L | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -American Tower Corp (AMT) | A | Dividend | J | T | Buy | 06/24/20 | J | | |
| 104.  -The Growth Fund of America (GFFFX) | | None | | | Sold | 04/01/20 | L | B | |
| 105.  -Gold (GLD) | | None | J | T | Buy | 06/24/20 | J | | |
| 106.  -Ishares Core Mid Cap Fund (IJH) | A | Dividend | K | T | Buy | 04/01/20 | K | | |
| 107.  -Ishares Core Small Cap Fund (IJR) | A | Dividend | K | T | Buy | 04/01/20 | K | | |
| 108.  -Ishres Core SP 500 Fund (IVV) | C | Dividend | M | T | Buy | 04/01/20 | M | | |
| 109.  -JPMorgan Opp Equity Fund (JOEQX) | A | Distribution | J | T | Buy | 04/01/20 | J | | |
| 110.  -MFS Value Fund (MEIIX) | B | Dividend | L | T | | | | | |
| 111.  -Pimco Commod Plus (PCLPX) | A | Dividend | K | T | | | | | |
| 112.  -Pimco Income Fund (PONPX) | A | Dividend | K | T | Buy | 04/01/20 | K | | |
| 113.  -Sterling Cap f/k/a Stratton Small Cap Value Fund (STSCX) | | None | | | Sold | 04/01/20 | K | A | |
| 114.  -American Century Tax Free Bond Fund (TWTIX) | A | Distribution | | | Sold | 04/01/20 | K | A | |
| 115.  -Vanguard Mid-Cap Stock Index Fund (VIMAX) | A | Dividend | | | Sold | 04/01/20 | K | D | |
| 116.  -Vanguard Index Trust Total Stock Market Portfolio Fund (VTSAX) | B | Dividend | M | T | | | | | |
| 117.  -Vanguard Energy Index Fund (VDE) | A | Dividend | J | T | Buy | 03/11/20 | J | | |
| 118.  -Vanguard Emerging Market Fund (VWO) | A | Dividend | K | T | Buy | 04/01/20 | K | | |
| 119.  -John Hancock Disciplined Value Mid Cap Fund (JVMIX) | A | Dividend | | | Sold | 04/01/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -AB Global Bond Fund (ANAYX) | A | Dividend | | | Sold | 04/01/20 | K | A | |
| 121.  -Ark Innovation ETF (ARKK) | A | Distribution | J | T | Buy | 04/01/20 | J | | |
| 122.  -Amer Fund Capital World Bond Fund (BFWFX) | B | Dividend | K | T | Buy | 04/01/20 | K | | |
| 123.  -American Funds New Perspective Fund (ANWFX) | C | Distribution | L | T | Buy | 04/01/20 | K | | |
| 124.  -Vanguard Total Bond Market Fund (BND) | A | Dividend | K | T | Buy | 04/01/20 | K | | |
| 125.  -Del Emerging Market Fund (DEMIX) | A | Distribution | J | T | Buy | 04/01/20 | J | | |
| 126.  -Ishares MSCI ETF (EFA) | C | Dividend | L | T | Buy | 04/01/20 | L | | |
| 127.  -Fidelity Advisor Int Cap Apprec Fund (FCPIX) | A | Dividend | K | T | Buy | 04/01/20 | K | | |
| 128.  -Fidelity Advisor Municipal Inc Fund (FROGX) | A | Distribution | K | T | Buy | 04/01/20 | K | | |
| 129.  -Fidelity Advisor RE Inc Fund (FRIRX) | B | Dividend | K | T | Buy | 04/01/20 | K | | |
| 130.  -Putnam Conv Securities Fund (PCGYX) | A | Dividend | | | Sold | 04/01/20 | K | A | |
| 131.  -Vanguard Healthcare Fund (VHT) | A | Dividend | K | T | Sold (part) | 04/01/20 | K | D | |
| 132.  -New World Fund (NFFFX) | A | Dividend | L | T | | | | | |
| 133.  -Select Sector Consumer Staples (XLP) | A | Dividend | | | Sold | 04/01/20 | J | A | |
| 134.  -Cohen & Steers Realty Income Fund (CSDIX) | A | Distribution | | | Sold | 04/01/20 | K | A | |
| 135.  -First Eagle Oveseas (SGOIX) | A | Dividend | J | T | Sold | 04/01/20 | L | A | |
| 136. | | | | | Buy | 06/24/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 06/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Fidelity Adv Biotech (FBTIX) | | None | | | Sold | 04/01/20 | K | A | |
| 138. -EV Float Hi Inc (EIFHX) | A | Dividend | | | Sold | 04/01/20 | J | A | |
| 139. -Ishares TR TIP Bond (TIP) | A | Dividend | | | Sold | 04/01/20 | K | B | |
| 140. -American Funds Tax Exempt Fund (TEAFX) | A | Distribution | K | T | Buy | 06/24/20 | K | | |
| 141. -Dreyfus General Money Market Fund | A | Interest | J | T | | | | | |
| 142. SunTrust Bank deposit accounts | A | Interest | K | T | | | | | |
| 143. Virginia 529 Plan-American Funds | | | | | | | | | |
| 144. -2021 Fund | B | Dividend | K | T | Redeemed (part) | 06/24/20 | J | C | |
| 145. | | | | | Redeemed (part) | 11/16/20 | J | C | |
| 146. - 2024 Fund | D | Dividend | M | T | Redeemed (part) | 11/30/20 | J | D | |
| 147. | | | | | Redeemed (part) | 07/23/20 | J | D | |
| 148. | | | | | Redeemed (part) | 04/27/20 | J | C | |
| 149. | | | | | Buy (add'l) | 02/24/20 | K | | |
| 150. -2027 Fund | D | Dividend | M | T | Buy (add'l) | 02/24/20 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sacca, James R. | 06/28/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James R. Sacca**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544